IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLANIA

| | |
|---|---|
| **KENNETH N. JONES, JR.** | : |
| v. | : NO. 24-CV-2759 |
| **THOMAS McGINLEY, et al.** | : |

**O R D E R**

**AND NOW**, this 27th day of March,, 2025, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid, there being no timely objections to such Report and Recommendation, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ of habeas corpus is **DENIED** in part and **DISMISSED** in part as set forth in the accompanying memorandum; there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

S/ **WENDY BEETLESTONE**

_____
**WENDY BEETLESTONE, J.**